UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRINA ARBINI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS, LLC, <br><br> Defendant. | 2:23-CV-12832 <br><br><br> **ORDER DISMISSING CASE** <br><br><br> HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: December 26, 2023